IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JARED ASHER, *a minor, by his parents and next friends, Blaine and Janet Asher*, et al. | * * * * | |
| Plaintiffs | * * | |
| v. | * * | Civil No. PJM 04-736 |
| BOARD OF EDUCATION OF MONTGOMERY COUNTY, et al. | * * * | |
| Defendants | * | |

## FINAL ORDER OF JUDGMENT

Upon consideration of Plaintiffs Jared Asher, et al.'s Motion for Summary Judgment (Paper No. 13) and Defendants Board of Education of Montgomery County, et al.'s Cross-Motion for Summary Judgment (Paper No. 15), it is, for the reasons stated on the record this 10th day of January, 2005

ORDERED:

1) Plaintiffs' Motion for Summary Judgment (Paper No. 13) is **DENIED**;

2) Defendants' Cross-Motion for Summary Judgment (Paper No. 15) is **GRANTED**;

3)   Final judgment is ENTERED in favor of Defendants Board of Education of Montgomery County, et al. and against Plaintiffs Jared Asher, et al;

4)   The Clerk of Court is directed to **CLOSE** this case.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE
